IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JESUS A. GARCIA  #21009034                                          PETITIONER

VS.                              CIVIL ACTION NO.  5:06cv153DCBMTP

CONSTANCE REESE, Warden
UNKNOWN FIGUEROA, Case Manager; and
FEDERAL BUREAU OF PRISONS                                           RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that the respondents' motion to dismiss [10] be granted and that Garcia's petition for writ of habeas corpus be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the   14th   day of June, 2007.

                                                  s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE